IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Carolyn Bolds, | ) | C/A No.: 7:08-2556-HFF |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Unum Life Insurance Company | ) | |
| of America and Magna Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before me upon motion of Theodore D. Willard, Jr., of the firm Montgomery Willard, LLC, attorneys for the Defendants Unum Life Insurance Company of America and Magna Services, Inc., by and with the consent of Amanda H. Craven, of the firm Harrison White Smith & Coggins, P.C., attorneys for Plaintiff, wherein and whereby the Defendant seeks an Order Of Dismissal dismissing the above-titled matter with prejudice. It appearing that the parties have resolved their differences and that the order sought should be granted, now, THEREFORE IT IS,

**ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned matter be, and the same is hereby dismissed and forever ended with prejudice.

S/Henry F. Floyd
Henry F. Floyd
United States District Judge

December ___16___, 2008
Spartanburg, South Carolina

**WE SO MOVE:**


s/ Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No.: 5136
MONTGOMERY WILLARD, LLC
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
(803) 779-3500

ATTORNEYS FOR THE DEFENDANTS


**WE CONSENT:**


s/ Amanda H. Craven
Amanda H. Craven
Federal I.D. No.: 9079
HARRISON WHITE SMITH & COGGINS, P.C.
178 West Main Street
Post Office Box 3547
Spartanburg, South Carolina 29304
(864) 585-5100

ATTORNEYS FOR THE PLAINTIFF